MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED

| United States District Court | Western District of Tennessee<br>~~Eastern District of North Carolina~~ AB |
|---|---|
| Name (under which you were convicted):<br>Alissa C. Budd aka Nicole Hughes | ~~E.D.N.C.~~ Civil No.<br>04-20415-Ml |
| Place of Confinement:<br>Federal Medical Center, Lexington, KY | Prisoner No.:<br>19894-076 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted)<br>Alissa C. Budd aka Nicole Hughes |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: US District Court / Clifford Davis Federal Bldg. 167 N. Main St. Room #242 Memphis, TN 38103

(b) Criminal docket or case number (if you know): 2:04-cr-20415-JPM-tmp

2. (a) Date of the judgment of conviction (if you know): 6-13-05

(b) Date of sentencing: 2-3-06

3. Length of sentence: 210 months

4. Nature of crime (all counts): 1st count: attempting to posses
2nd count: conspiracy to deliver

5. (a) What was your plea? (Check one)

(1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Plead Guilty to both counts of the indictment

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐ N/A

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☒

8. Did you appeal from the judgment of conviction? Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: US Court of Appeals 100 E. Fifth St. Rm. #540 Cincinnati, OH 45202

(b) Docket or case number (if you know): 06-5207

(c) Result: District Court did not err when it increased appellant's sentence and refused to grant a reduction.

(d) Date of result (if you know): 11-20-06

(e) Citation to the case (if you know): ______

(f) Grounds raised: Do Not Know

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): ______

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

(5) Grounds raised: ______

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: Unsure of what attorny filed on my behalf due to no correspondence.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Attorny on record failed to correspond. I recieved no documentation to allow me to review or object to briefs. I was unaware of any proceedings that directly involved my appeal. I was not informed that my appeal had been denied over a year ago. The information was given through another incarcerated inmate's legal counsel. When I was informed, I was given 3 days to file a Federal Writ of Habeas #2255 pro-se before facing the issue of being time barred from future proceedings.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Unaware of what attorney on record prepared on my behalf due to no correspondence.

**GROUND TWO:** Bias District Judge

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Sentencing Judge showed prejudice and an unreasonable punishment when passing down an additional 7 1/2 year sentence in addition to the original 10 year sentence. Which almost doubled the sentence. The obstruction of justice charge alone doesn't carry the length of time given alone. This results in an abuse of authority.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Unsure of what attorny appealed.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Unsure of any issues raised by attorney on record.

GROUND THREE: Fundamental Fairness

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Sentencing Judge doubled based on the obstruction of justice charge. Refused to allow the 3pt. acceptance for responsibility and still with hold the plea agreement. Sentencing Judge suspended for 6 months for unfairness to counsel.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Unsure of what attorney on record filed on appeal.

**GROUND FOUR:** ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

_______________________________________________

_______________________________________________

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ____________

_______________________________________________

_______________________________________________

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ____________

Name and location of the court where the motion or petition was filed: ____________

_______________________________________________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

_______________________________________________

_______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________

_______________________________________________

_______________________________________________

Docket or case number (if you know): ____________

Date of the court's decision: ____________

Result (attach a copy of the court's opinion or order, if available): ____________

_______________________________________________

_______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: I am unaware of the grounds presented on my behalf. I was not advised of the status of my appeal. I was given absolutely no copies to review of my case. My attorney never informed me that my appeal had been denied over a year ago, which left me only 3 days to file this motion; pro-se to avoid the issue of being time barred.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Robert Moss - Memphis, TN

(b) At arraignment and plea: Robert Moss- Memphis, TN

(c) At trial: N/A

(d) At sentencing: Lawrence W. Kern
5118 Park Avenue Suite 1000
Memphis, TN 38117-5710

(e) On appeal: Lawrence W. Kern
5118 Park Avenue, Suite 600
Memphis, TN 38117-5710

(f) In any post-conviction proceeding: Lawrence W. Kern - 5118 Park Avenue, St 600
Memphis, TN 38117-5710

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☒ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* On 12/14/06 attorny on record - Lawrence Kern was notified of the appeal court's opinion. I was notified through another inmate's counsel - Alan Pfeuffer - that my appeal was denied, allowing only 3 days to File a Federal Writ of Habeas #2255. I have never recieved any documentation from attorney Kern informing that the appeal process has ever begun and definately not that a decision had been rendered in my case. Attorny Kern refused to return any phone calls and due to my incarceration I am limited to phone usage. I would like to request this motion be filed and not time barred. I placed my trust in the judicial system. I am not qualified to represent myself but due to the fact I was given an additional 7 1/2 years along with my 10 year sentence and the attorny appointed by the Federal Government failed to represent me - I am left to file this motion pro-se. I am requesting the court to vacate, set aside, or correct my sentence and not time barr this motion in order to avoid a miscarriage of justice and to base my sentence on the fundamental fairness of the Federal Court System.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: ______________________

______________________________________________________________________

______________________________________________________________________

or any other relief to which movant may be entitled.

______________________________

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on Dec 13, 2007 (month, date, year).

Executed (signed) on ____________________ (date).

[signature]
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________

* * * * *

ALISSA BUDD 19894076
EDERAL P[illegible] CAMP

TON, KY 405 DEC 13 2007

LEXINGTON, KY 405 DEC 13

USA FIRST-CLASS

US DISTRICT COURT
CLIFFORD DAVIS FED BLDG.
167 N. MAIN ST. ROOM 242
MEMPHIS, TN 38103

FILED
07 DEC 17 PM 12:58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS